Franklin GROSS–BRAVO, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 12–71551.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2014.*

Filed May 20, 2014.

Alejandro Garcia, Law Offices of Alejandro Garcia, Commerce, CA, for Petitioner.

---

** This disposition is not appropriate for publication and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

OIL, Aimee J. Carmichael, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

MEMORANDUM **

Franklin Gross–Bravo, a native and citizen of Nicaragua, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. *See Alphonsus v. Holder,* 705 F.3d 1031, 1036–37 (9th Cir. 2013); *Arteaga v. Mukasey,* 511 F.3d 940, 942 n. 1 (9th Cir.2007). We review for substantial evidence the agency's factual findings, *Zehatye v. Gonzales,* 453 F.3d 1182, 1184–85 (9th Cir.2006), and we deny the petition for review.

Substantial evidence supports the agency's denial of CAT relief because Gross–Bravo failed to establish it is more likely than not that he would be tortured by or with the consent or acquiescence of the government if returned to Nicaragua. *See Blandino–Medina v. Holder,* 712 F.3d 1338, 1348 (9th Cir.2013) (petitioner failed

to establish a clear probability of torture if returned to Nicaragua).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

